IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-02072-KMT

REMELL F. ALEXANDER,

 Plaintiff,

v.

CAROLYN W. COLVIN, Acting Commissioner of Social Security,

 Defendant.

## FINAL JUDGMENT

 Pursuant to and in accordance with Fed. R. Civ. P. 58(a) and the Order signed by the Honorable Kathleen M. Tafoya on September 23, 2015, incorporated herein by reference, it is

 ORDERED that the Commissioner's decision is REVERSED and this case is REMANDED to the Commissioner.  It is

 FURTHER ORDERED that final judgment is hereby entered in favor of Plaintiff Remell F. Alexander and against Defendant Carolyn W. Colvin, Commissioner of Social Security.  It is

 FURTHER ORDERED that Plaintiff Remell F. Alexander is awarded costs pursuant to Fed. R. Civ. P. 54(d)(1) and D.C.COLO.LCivR 54.1.

DATED at Denver, Colorado this 23<u>rd</u> day of September, 2015.

                FOR THE COURT:

                JEFFREY P. COLWELL, CLERK

                By: s/M. Ortiz
                M. Ortiz, Deputy Clerk